UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-81559-CV-MIDDLEBROOKS



| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* FLORIDA HEALTH INTEGRITY PARTNERS<br><br>Plaintiffs,<br><br>v.<br><br>HUMANA, INC., *et al.*<br><br>Defendants. | NOTICE OF VOLUNTARY DISMISSAL |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), Plaintiff-Relator Florida Health Integrity Partners and its counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants. Accordingly, upon receipt of the United States' consent to dismissal, Relator respectfully requests the Court to enter an Order of Dismissal.

Date: 5-21-21            Respectfully submitted,

/s/ Michael J. Brevda

Michael J. Brevda (Bar No. 084048)
David J. Brevda (*pro hac vice*)
Senior Justice Law Firm
7700 Congress Avenue
Suite 3216
Boca Raton, FL 33487
(561) 717-0813
michael@seniorjustice.com
david@seniorjustice.com
eservice@seniorjustice.com

Gary L. Azorsky
Jeanne A. Markey
Raymond M. Sarola (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
3 Logan Square, 1717 Arch Street
Suite 3610
Philadelphia, PA 19103
(267) 479-5700
gazorsky@cohenmilstein.com
jmarkey@cohenmilstein.com
rsarola@cohenmilstein.com

*Attorneys for Relator Florida Health Integrity Partners*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the above Notice of Voluntary Dismissal will be made upon the below counsel via the Court's ECF system.

>David E. Werner
>Assistant United States Attorney
>Southern District of Florida
>99 NE 4th Street
>Miami, FL 33132

DATED: 5-21-21

>/s/ Michael J. Brevda
>
>Michael J. Brevda (Bar No. 084048)
>David J. Brevda (*pro hac vice*)
>Senior Justice Law Firm
>7700 Congress Avenue
>Suite 3216
>Boca Raton, FL 33487
>(561) 717-0813
>michael@seniorjustice.com
>david@seniorjustice.com
>eservice@seniorjustice.com



# SENIOR JUSTICE
LAW FIRM

7700 CONGRESS AVENUE
SUITE 3216
BOCA RATON, FL 33487

MIAMI FL 330
22 MAY 2021 PM 6 L

33128-771899

US District Courthouse
400 N. Miami Avenue
Miami, FL 33128



$0.60 0
US POSTAGE
FIRST-CLASS
062S0011119261
FROM 33432